■ In the Matter of ONTEORA CLUB et al., Respondents, v. BOARD OF ASSESSORS OF THE TOWN OF HUNTER, Appellant.— Appeal dismissed, without costs, unless appellants shall file and serve record, brief and note of issue for the September 1962 Term on or before August 1, 1962, in which event motion denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH P. J. WINTER, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL KANE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD LEDERER, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— [in each action] Time to perfect appeals extended 90 days.

■ In the Matter of WILLIAM A. HAMM, Appellant, v. STATE DEPARTMENT OF EDUCATION et al., Respondents.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BANKS, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARMINE V. BUONOCORE, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.—[In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Time to perfect appeals extended 90 days. Motions in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEAN CARON, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Claude J. Clark, Jr., Esq., attorney at law, 5 West Main St., Malone, N. Y., is hereby assigned as counsel.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED J. SMITH, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for an order directing County Clerk of Clinton County to furnish transcript of minutes without payment of fees denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK L. RUSH, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Time to perfect appeal extended 90 days. Motion in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD LEDERER, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for permission to appeal to the Court of Appeals denied.

■ In the Matter of the Claim of PETRA E. CORDERO, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion to withdraw and discontinue appeal granted, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEOPHILUS WARD, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for change of venue denied.